## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:08CR89 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| LUIS ZALAZ-VEGO, | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on the motion for an extension of time by defendant Luis Zalas-Vego (Zaleas-Vego) (Filing No. 38). Zalas-Vego seeks additional time in which to file pretrial motions in accordance with the progression order. Zalas-Vego has filed an affidavit wherein he consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act. Upon consideration, the motion will be granted.

    **IT IS ORDERED:**

    Defendant Zalas-Vego's motion for an extension of time (Filing No. 38) is granted. Zalas-Vego is given until **on or before April 14, 2008,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **March 28, 2008 and April 14, 2008**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

    DATED this 28th day of March, 2008.

                                                          BY THE COURT:

                                                           s/Thomas D. Thalken
                                                          United States Magistrate Judge