IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR89 |
| | ) | |
| v. | ) | |
| | ) | |
| LUIS ZALAS-VEGO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

**IT IS ORDERED:**

At the conclusion of the hearing on May 13, 2008, on the defendant's motion for a Bill of Particulars (Filing No. 53), I stated my conclusions on the record and my decision to grant the motion to the extent that the government shall file within ten working days a Bill of Particulars setting forth the date defendant Zalas-Vego allegedly entered the conspiracy as set forth in Count I of the Indictment, and to deny the motion in all other respects. In accordance with that announcement,

**FURTHER, IT IS ORDERED:**

1. The clerk shall cause a transcript of the hearing to be prepared and filed.

2. Pursuant to NECrimR 57.2 any appeal to this Order shall be filed with the Clerk of the Court within ten (10) business days after the transcript is available to counsel for reading in the clerk's office. Failure to timely appeal may constitute a waiver of any such appeal. The brief in support of any objection shall be filed at the time of filing such appeal. Failure to file a brief in support of any appeal may be deemed an abandonment of the appeal.

Dated this 13th day of May, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge